**Order entered August 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01262-CR
No. 05-12-01263-CR

**BRYANT WATTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-55313-T, F12-55314-T**

## ORDER

The Court **GRANTS** appellant's August 8, 2013 motion to expedite the issuance of his

mandates. We **DIRECT** the Clerk of this Court to issue the mandates in the above appeals

forthwith.

/s/     KERRY P. FITZGERALD
        JUSTICE